1 | MARGARET HART EDWARDS, Bar No. 65699
ARTHUR M. EIDELHOCH, Bar No. 168096
2 | ELIA M. DELUCA, Bar No. 249059
LITTLER MENDELSON
3 | A Professional Corporation
650 California Street
4 | 20th Floor
San Francisco, CA  94108.2693
5 | Telephone:    415.433.1940
Facsimile:     415.399.8490
6 | Email:  mhedwards@littler.com
Email:  aeidelhoch@littler.com
7 | Email:  edeluca@littler.com

8 | MICHELE Z. STEVENSON, Bar No. 180882
LITTLER MENDELSON
9 | A Professional Corporation
2520 Venture Oaks Way
10 | Suite 390
Sacramento, CA  95833.4227
11 | Telephone:    916.830.7200
Facsimile:     916.561.0828
12 | Email:  mzstevenson@littler.com

13 | Attorneys for Defendant
AMERICAN GREETINGS CORPORATION
14 | (Sued erroneously as American Greetings, Inc.)

15 | (Additional Counsel Listed on Next Page)

16 |

17 | UNITED STATES DISTRICT COURT

18 | EASTERN DISTRICT OF CALIFORNIA

19 |

| | |
|---|---|
| RUTHANNE RANKIN, on behalf of herself and others similar situated,, | Case No. 2:10 CV-01831-GEB-GGH |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS (PRETRIAL SCHEDULING) CONFERENCE AND FILING OF THE RULE 26(F) REPORT AND JOINT STATUS REPORT** |
| v. | |
| AMERICAN GREETINGS, INC., and Does 1 through 100, inclusive,, | |
| Defendant. | Judge:         Hon. Garland E. Burrell, Jr.<br>Courtroom:  10<br>Complaint Filed:  June 13, 2010 |

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

JT STIP. &[PROP.] ORDER TO CONT.
STATUS CONF. & FILING OF RULE 26(F)

CASE NO.  34-2010-00080181

ANTHONY M. PEREZ, JR., Bar No. 113041
PEREZ LAW OFFICES
400 Capitol Mall, Suite 1100
Sacramento, California 95814
Telephone:    916.441.0500
Facsimile:     916.441.0555

JEFFREY D. FULTON, Bar No. 206466
LAW OFFICE OF JEFFREY D. FULTON
400 Capitol Mall, Suite 1100
Sacramento, California 95814
Telephone:    916.441.5566
Facsimile:     916.441.5575

Attorneys for Plaintiff
RUTHANNE RANKIN

## STIPULATION

**WHEREAS,** on June 13, 2010, Plaintiff filed a Class Action Complaint for Damages against Defendant American Greetings Corporation (erroneously named American Greetings, Inc.) and Does 1 through 100, inclusive, in the Superior Court for Sacramento County;

**WHEREAS,** on July 14, 2010, pursuant to Defendant's Notice of Removal, this action was removed to the United States District Court for the Eastern District of California and assigned to the Honorable Garland E. Burrell, Jr.;

**WHEREAS,** no trial date has yet been assigned;

**WHEREAS,** on July 14, 2010, the Court issued an Order Setting Status (Pretrial Scheduling) Conference;

**WHEREAS,** the Court's Order Setting Scheduling Conference provided as follows:

1. The Scheduling Conference is set for November 29, 2010;

2. The Parties shall confer and develop a proposed discovery plan at least twenty-one (21) days before the Scheduling Conference, pursuant to Federal Rule of Civil Procedure 26(f);

3. The Parties shall file a Joint Status Report not later than fourteen (14) days prior to the Scheduling Conference;

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

JT STIP. &[PROP.] ORDER TO CONT.
STATUS CONF. & FILING OF RULE 26(F)

CASE NO. 34-2010-00080181

**WHEREAS,** the Parties have agreed mediate the instant dispute on December 10, 2010, in an effort to resolve their differences in a manner which conserves the Parties' and the Court's resources;

**WHEREAS,** the Parties have agreed to exchange certain relevant information in advance of the mediation; and

**WHEREAS,** the Parties jointly request that the above-stated dates be continued so that the Parties can focus their efforts and resources on resolution of the instant dispute.

**THEREFORE,** subject to the approval of this Court, it is hereby stipulated and agreed, by and between the Parties hereto, through their respective counsel, that:

1. The Scheduling Conference shall be continued to a date convenient for this Court after January 18, 2011;

2. The Parties shall confer and develop a proposed discovery plan at least twenty-one (21) days prior to the rescheduled Scheduling Conference; and

3. The Parties shall file a Joint Status Report not later than fourteen (14) days before the rescheduled Scheduling Conference.

**IT IS SO STIPULATED**:

Dated: October __, 2010

_____
ANTHONY M. PEREZ, JR.
JEFFREY D. FULTON
Attorneys for Plaintiff
RUTHANNE RANKIN

Dated: October _____, 2010

_____
ARTHUR M. EIDELHOCH
LITTLER MENDELSON
Attorneys for Defendant
AMERICAN GREETINGS CORPORATION

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

JT STIP. &[PROP.] ORDER TO CONT. STATUS CONF. & FILING OF RULE 26(F)   2.   CASE NO. 34-2010-00080181

**PURSUANT TO STIPULATION, AND GOOD CAUSE HAVING BEEN SHOWN:**

1. The Scheduling Conference and associated dates, as set in the Court's July 14, 2010 Order Setting Scheduling Conference, are vacated.

2. The Scheduling Conference shall be continued to January 18, 2011 in this Department at 9:00 a.m./p.m.

3. The Parties shall confer and develop a proposed discovery plan at least twenty-one (21) days prior to the rescheduled Scheduling Conference.

4. The Parties shall file a Joint Status Report not later than fourteen (14) days before the rescheduled Scheduling Conference.

**IT IS SO ORDERED.**

**Date: 10/21/2010**

_____
GARLAND E. BURRELL, JR.
United States District Judge

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

JT STIP. &[PROP.] ORDER TO CONT. STATUS CONF. & FILING OF RULE 26(F)    3.    CASE NO. 34-2010-00080181