IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUTHANNE RANKIN, on behalf of
herself and others similarly situated,

    Plaintiff,

v.                            NO. CIV. S-10-1831 GGH

AMERICAN GREETINGS, INC.,

    Defendant.          <u>ORDER</u>

_____/

        On December 29, 2010, the parties filed a notice of settlement.

        Accordingly, IT IS ORDERED that dispositional papers shall be filed within thirty days of this order.

DATED: January 11, 2011

                         /s/ Gregory G. Hollows
                        _____
                        UNITED STATES MAGISTRATE JUDGE

GGH:076
Rankin1831.set.wpd