| | |
|---|---|
| 1 | MARGARET HART EDWARDS, Bar No. 65699 |
|   | ARTHUR M. EIDELHOCH, Bar No. 168096 |
| 2 | LITTLER MENDELSON |
|   | A Professional Corporation |
| 3 | 650 California Street, 20th Floor |
|   | San Francisco, CA 94108.2693 |
| 4 | Telephone: (415) 433-1940 |
|   | Facsimile: (415) 399-8490 |
| 5 | Email: mhedwards@littler.com |
|   | Email: aeidelhoch@littler.com |

Attorneys for Defendant
AMERICAN GREETINGS CORPORATION
(Sued erroneously as American Greetings, Inc.)

ANTHONY M. PEREZ, JR., Bar No. 113041
PEREZ LAW OFFICES
400 Capitol Mall, Suite 1100
Sacramento, California 95814
Telephone:  (916) 441-0500
Facsimile:   (916) 441-0555
Email: APerez@PerezLawOffices.com

JEFFREY D. FULTON, Bar No. 206466
LAW OFFICE OF JEFFREY D. FULTON
400 Capitol Mall, Suite 1100
Sacramento, California 95814
Telephone:  (916) 558-6141
Facsimile:   (916) 441-5575
Email: JFulton@JFultonLaw.com

Attorneys for Plaintiffs
RUTHANNE RANKIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTHANNE RANKIN, on behalf of herself and others similarly situated<br><br>  Plaintiffs,<br><br>    v.<br><br>AMERICAN GREETINGS, INC., and DOES 1 through 100, INCLUSIVE,<br><br>  Defendants. | CASE NO. 2:10-CV-01831-GEB-GGH<br><br>**JUDGMENT AND DISMISSAL**<br><br>Judge:    United States Magistrate Judge Gregory G. Hollows |

PURSUANT TO THE ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT SIGNED ON July 5, 2011, IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1.  The Amended Class Action Settlement Agreement And Stipulation (the "Settlement Agreement"), filed as Document 29-1 on February 18, 2011, shall be incorporated into this Judgment as though all terms therein are set forth in full.  The capitalized terms in this Judgment shall have the meanings set forth in the Settlement Agreement.

2.  All claims asserted in this Action by the Named Plaintiff Ruthanne Rankin and the Plaintiff Class Members shall be and hereby are DISMISSED WITH PREJUDICE.  Except as set forth in the Settlement Agreement, each party is to bear her/its own attorneys' fees and costs.  All Class Members who did not timely opt out from the Settlement are permanently enjoined from pursuing, or seeking to reopen, any of the Settled Claims, as defined in the Settlement Agreement.

3.  Without affecting the finality of the Judgment, the Court shall retain exclusive and continuing jurisdiction over the above-captioned action and the parties, including all Class Members, for purposes of supervising, administering, implementing, enforcing, and interpreting the Settlement Agreement and the Final Approval Order.

**IT IS SO ORDERED.**

Dated: July 18, 2011

/s/ Gregory G. Hollows

**THE HONORABLE GREGORY G. HOLLOWS
MAGISTRATE JUDGE OF THE UNITED STATES
DISTRICT COURT**